## (October 24, 1983)

■ CHRISTOPHER J. ALLEN, an Infant, by His Mother and Natural Guardian, CHERYL A. ALLEN, et al., Appellants, v BEECH-NUT FOODS CORP. et al., Respondents. — Appeal from an order of the Supreme Court, Westchester County (Cowhey, J.), dated July 27, 1982, dismissed, without costs or disbursements. (See *Matter of Aho,* 39 NY2d 241, 248.) Judgment of the same court, dated September 1, 1982, affirmed, without costs or disbursements. No opinion. Lazer, J. P., Thompson, O'Connor and Brown, JJ., concur.